IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC WATERMAN, : <br> : Case No. 2:21-cv-01160 <br> Plaintiff, : <br> : <br> v. : <br> : <br> RIGNET, INC., JAMES H. BROWNING, : <br> GAIL SMITH, STEVEN E. PICKETT, : <br> KEVIN J. O'HARA, MATTIA CAPRIOLI, : <br> DITLEF DE VIBE, KEVIN MULLOY, : <br> KEITH OLSEN, BRENT K. : <br> WHITTINGTON, VIASAT, INC., and : <br> ROYAL ACQUISITION SUB, INC., : <br> : <br> Defendants. : | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 28, 2021

GRABAR LAW OFFICE

By: *[signature]*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*